# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 10-0251-01-CR-W-FJG |
| Jonna Alaine Wombolt, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is the issue of defendant's mental competency. On September 28, 2010, Chief United States Magistrate Judge Robert E. Larsen ordered defendant undergo psychological evaluation to determine defendant's ability to understand the nature and consequences of the proceedings against her and to assist in her own defense. The evaluation was performed by John H. Wisner, M.D. and report submitted to the Court on January 19, 2011 (Doc. #11).

Chief Magistrate Judge Larsen held a competency hearing on February 8, 2011, at which time the parties stipulated to Dr. Wisner's report. Judge Larsen then issued a report and recommendation (Doc. #16, February 10, 2011), finding defendant competent. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is competent to understand the nature and consequences of the proceedings against him and to properly assist in his own defense, and that she is competent to stand trial.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 03/16/11
Kansas City, Missouri